___ FILED   ___ ENTERED
___ LODGED  ___ RECEIVED

JUN 15 2004

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                              DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> Plaintiff, ) <br> v. ) <br> JEFFREY SCOTT ABRAHAM, ) <br> Defendant. ) | MAGISTRATE'S DOCKET <br> CASE NO. 04-365M <br><br> COMPLAINT for VIOLATION <br> Title 18, United States Code, <br> Sections 922(g)(1) |

BEFORE Mary Alice Thieler, United States Magistrate Judge, Seattle, Washington, The undersigned complainant, being duly sworn on oath, states:

## COUNT 1

(Felon in Possession of a Firearm)

On or about June 15, 2004, in Monroe, within the Western District of Washington, JEFFREY SCOTT ABRAHAM, having been convicted of crimes punishable by imprisonment for a term exceeding one year, that is, Bank Robbery in Federal District Court for the Eastern District of Washington in 1998, did knowingly possess a firearm, to wit: Smith and Wesson model 36 revolver, which had been shipped and transported in interstate commerce.

All in violation of Title 18, United States Code, Section 922(g)(1) and 924(e)(1).

\\
\\
\\

04-MJ-00365-CMP

And the complainant further states:

1. I am a Special Agent (SA) of the ATF. I am currently assigned to the ATF Seattle, Washington Office. I have been employed in this capacity since January of 2001. In addition to being a graduate of the Federal Law Enforcement Training Center and the ATF National Academy, I have received specialized training in the field of arson and explosives, as well as numerous additional hours of classroom lecture regarding the Federal firearm statutes. I have conducted numerous criminal investigations involving violations of Federal firearms, explosives, arson and drug statutes. I have been the affiant on numerous search warrants, assisted in the execution of many search warrants, utilized informants, conducted undercover operations, conducted surveillance, examined numerous arson and explosive scenes, and participated in the prosecution of numerous individuals. I have in excess of six (6) years experience as a Federal Agent.

2. As a an agent with the ATF, I have been authorized to investigate potential violations of Title 18, United States Code, Section 922(g)(1).

3. In 1998, the defendant, JEFFREY SCOTT ABRAHAM, was convicted of one count of bank robbery in violation of 18, U.S.C.,§ 2113, in Federal District Court for the Eastern District of Washington. The crime of bank robbery is punishable by more than one year in prison. This conviction prohibits JEFFREY S. ABRAHAM from possessing or receiving firearms or ammunition which have traveled in interstate commerce under federal law.

4. On June 15, 2004, at approximately 11:00 am, the defendant met with another individual and an undercover ATF special agent to obtain a firearm. The meeting took place in the parking lot at Buzz Inn Steak house in Monroe, Washington. The undercover agent gave the defendant a unloaded Smith and Wesson model 36 revolver which the defendant held in his hand. The defendant was immediately arrested by ATF agents.

UNITED STATES ATTORNEY
601 UNION STREET, SUITE 5100
SEATTLE, WASHINGTON 98101-3903
(206) 553-7970

5. I am aware that Smith and Wesson firearms are manufactured outside of the State of Washington and therefore the firearm that the defendant possessed traveled in interstate or foreign commerce to reach the State of Washington.

7. Based on the foregoing, your affiant submits that probable cause exists to believe that JEFFREY SCOTT ABRAHAM committed a violation of Title 18 United States Code, Section 922 (g)(1).

CHRISTOPHER TAYLOR
Special Agent, ATF

Complaint and affidavit sworn to before me and subscribed in my presence, June 15, 2004.

MARY ALICE THIELER
UNITED STATES MAGISTRATE JUDGE

COMPLAINT/ABRAHAM - 3