UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   v.<br><br>JEFFREY ABRAHAM,<br><br>        Defendant. | CASE NO. CR04-351C<br><br>ORDER |

     This matter comes before the Court on Defendant Jeffrey Abraham's Motion to Withdraw his Plea of Guilty (Dkt. No. 38). The Court hereby GRANTS the motion. Defendant may withdraw his plea.

     SO ORDERED this __24th__ day of June, 2005.

_____
UNITED STATES DISTRICT JUDGE

ORDER – 1